UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-cv-168 |
| BARBARA DAVIS, | | |
| Defendant. | | |

## **STIPULATED DISMISSAL**

On March 25, 2024, the parties filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Dkt. 13.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 27th day of March, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE